**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS**

**CAPITAL SOLUTIONS, L.L.C.,**

      **Plaintiff,**

v.                                                                                                  Case No. 08-CV-2027 JWL-DJW

**KONICA MINOLTA BUSINESS
SOLUTIONS U.S.A., INC.,**

      **Defendant.**

## ORDER

On this 17th day of March, 2008, this matter comes before the Court on the Motion to Withdraw as Counsel (doc. 14) filed by Daniel F. Church. The Court hereby grants the motion to the extent it seeks the withdrawal of Daniel F. Church. Mr. Church is hereby withdrawn as counsel for Plaintiff. Luther O. Sutter and Talia B. Ravis remain as counsel for Plaintiff.

The Court notes that Mr. Church's motion requests that his law firm, McAnany, Van Cleave & Phillips, P.A., also be withdrawn. As only individual attorneys enter an appearance in a case, there is no need to withdraw the law firm.

IT IS SO ORDERED.

                                                                               s/James P. O'Hara
                                                                               James P. O'Hara
                                                                               U.S. Magistrate Judge

cc:      All counsel and pro se parties